# IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF COLORADO

Civil Action No. 10-CV-00545-RPM-KLM

ESOFT, INC.,

    Plaintiff,

v.

RULESPACE, LLC,

    Defendant.

___

## ORDER GRANTING JOINT MOTION TO STAY ACTION
___

Upon review of the Plaintiff's Joint Motion to Stay Action [8], it is

ORDERED that the Motion is hereby granted and the action is stayed until July 14, 2010.

DONE this 21st day of April, 2010.

                BY THE COURT

                s/Richard P. Matsch

                _____

                Richard P. Matsch, Senior District Judge