IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 10-cv-00545-RPM

ESOFT, INC.,

    Plaintiff,

v.

RULESPACE, LLC,

    Defendant.

_____

ORDER EXTENDING DISCOVERY DEADLINE
_____

Upon consideration of Plaintiff's Status Report [11], filed on July 14, 2010, it is

ORDERED that the parties are granted additional time, to and including September 13, 2010, for the completion of discovery and analysis of the exchanged information.

DATED: July 15th, 2009

                        BY THE COURT:

                        s/Richard P. Matsch
                        _____
                        Richard P. Matsch, Senior Judge