IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 10-CV-00545-RPM-KLM

ESOFT, INC.,

    Plaintiff,

v.

RULESPACE, LLC,

    Defendant.

_____

## ORDER GRANTING STIPULATION OF DISMISSAL WITH PREJUDICE
_____

Pursuant to the Stipulation of Dismissal with Prejudice [15], it is

ORDERED that this action is hereby DISMISSED WITH PREJUDICE, each party to bear their own attorneys' fees and costs

DATED this 29th day of September, 2010.

                                                            BY THE COURT:
                                                            s/Richard P. Matsch
                                                            _____
                                                            Richard P. Matsch, Senior District Judge